**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 2, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00476-CV

_____

### IN RE A.C., Relator

_____

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-05628**

_____

## MEMORANDUM OPINION

On June 28, 2022, relator A.C. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Angela L. Graves-Harrington, presiding judge of the 246th District Court of Harris County, to set aside her June 22, 2022 order denying relator's emergency motion for extension of discovery period and for temporary support.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's amended emergency motion to stay.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.